No. 91–990. FARRAR ET AL., COADMINISTRATORS OF ESTATE OF FARRAR, DECEASED v. HOBBY. C. A. 5th Cir. [Certiorari granted, 502 U. S. 1090.] Motion of American Bar Association for leave to file a brief as *amicus curiae* granted.

No. 91–1188. ROWLAND, FORMER DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. CALIFORNIA MEN'S COLONY, UNIT II MEN'S ADVISORY COUNCIL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 905.] Further consideration of motion of respondent for leave to proceed further herein *in forma pauperis* deferred to hearing of case on the merits. The Clerk is directed to print respondent's brief on the merits.

No. 91–1326. DISTRICT OF COLUMBIA ET AL. v. GREATER WASHINGTON BOARD OF TRADE. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 970.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 91–1340. DENNLER ET AL. v. TRIPPET ET AL. C. A. 10th Cir. The order entered April 20, 1992 [*ante*, p. 978], is amended to read as follows: Certiorari granted, judgment vacated, and case remanded for further consideration in light of § 27A of the Securities Exchange Act of 1934, as added, 105 Stat. 2387, 15 U. S. C. § 78aa–1 (1988 ed., Supp. III). JUSTICE THOMAS took no part in the consideration or decision of this case.

No. 91–1423. RAILROAD COMMISSION OF TEXAS ET AL. v. MISSOURI PACIFIC RAILROAD ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 91–7403. DEMOS v. SUPREME COURT OF WASHINGTON. Sup. Ct. Wash. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until May 18, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of certiorari.